UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00126

**William A. Runnels,**
*Plaintiff,*
v.
**Judge Alfonso F. Charles, et al.,**
*Defendants.*

Before BARKER, *District Judge*

## ORDER

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a report and recommendation (Doc. 5) concluding that plaintiff's complaint should be dismissed with prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2).

Plaintiff filed objections to the report. Doc. 7. His objections reiterate the arguments in his original complaint and are meritless. Plaintiff filed an amended complaint after he filed his objections. Doc. 8. Plaintiff's amended complaint still seeks monetary relief against defendants who are immune from such relief. 28 U.S.C. § 1915(e)(2)(iii).

Having conducted a de novo review of the record and the magistrate judge's proposed findings and recommendations, the court **adopts** the findings and conclusions of the magistrate judge as the opinion of the court. The complaint is **dismissed with prejudice** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

*So ordered by the court on April 16, 2020.*

_____
J. CAMPBELL BARKER
United States District Judge